UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO. 1:95-CR-204 |
| DERRICK CRUZ,<br>Defendant | : | |

*O R D E R*

AND NOW, this 20th day of June, 2017, in accord with the accompanying memorandum opinion, Defendant's motion (Doc. 315) for relief from judgment is DENIED.

                                         /s/ William W. Caldwell
                                         William W. Caldwell
                                         United States District Judge