# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | 1:95-CR-204 |
| v. | : | |
| | : | (JUDGE MANNION) |
| **DERRICK CRUZ,** | : | |
| Defendant | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

**1.** Cruz's motion for a resentencing hearing and for a reduction of sentence under the FSA, **(Doc. 331)**, will be **GRANTED IN PART** and, **DENIED IN PART**.

**2.** Cruz's motion is **GRANTED** to the extent that the court reduces his five year term of supervised release to **four years**.

**3.** Cruz's motion is **DENIED** to the extent he seeks a plenary resentencing hearing under the FSA and, to the extent he seeks a *de novo* hearing for consideration of the relevant factors under §3553(a).

**4.** Cruz's motion is **DENIED** to the extent he seeks a reduction of his current 135 month sentence under the FSA.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: July 12, 2019**
95-204-01-ORDER.wpd